IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

RAMON VASQUEZ,                        :
                 Plaintiff            :
          v.                          : Case No. 3:19-cv-40-KRG-KAP
TREVOR WINGARD, et al.,               :
                 Defendants           :

### Order

Defendant Moran's Motion to Dismiss, ECF no. 14, was referred
to Magistrate Judge Keith A. Pesto for proceedings in accordance
with the Magistrates Act, 28 U.S.C. § 636, and Local Civil Rule
72.

The Magistrate Judge filed a Report and Recommendation on
February 3, 2020, ECF no. 25, recommending that the motion be
granted.

The parties were notified that pursuant to 28 U.S.C.
§ 636(b)(1), they had fourteen days to file written objections to
the Report and Recommendation. Plaintiff filed objections at ECF
no. 26.

After *de novo* review of the record in this matter, the Report
and Recommendation, and the objections thereto, the objections at
ECF no. 26 are meritless. The following order is entered:

AND NOW, this 19th day of February, 2020, it is ORDERED that the motion to dismiss is granted. The complaint is dismissed without prejudice against defendant Moran. The Report and Recommendation is adopted as the opinion of the Court. The matter remains before the Magistrate Judge for further proceedings.

BY THE COURT:

KIM R. GIBSON
UNITED STATES DISTRICT JUDGE